## ROBERT MILLER, Respondent, v. ANDREW COATES, Impleaded with BERKELEY MOSTYN, Appellant.

*Duress — what is.*

The refusal to pay over a sum of money due to a party unless he executes a release of all other claims against the party paying it, does not constitute legal duress, which must be either of the person, or threats of personal injury. The mere withholding of goods or money which can be recovered by action is not.*

APPEAL from an order of the Special Term, overruling the demurrer of the defendant Coates, to the plaintiff's complaint.

\* Foshay v. Ferguson, 5 Hill, 154.

*James Emott* and *James M. Varnum*, for the appellant.

*Henry S. Bennett*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment overruling demurrer of Coates reversed, and judgment given thereon for the defendant Coates, with costs.